UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

-vs-  Case No. 2:10-MJ-1015-SPC

MICHAEL OLAF SCHUETT,

_____

**ORDER**

This matter comes before the Court on the Motion for Counsel to Appear *Pro Hac Vice* on Behalf of Defendant (Doc. #14) filed on March 18, 2010. L. Barrett Boss, Esq., of the law firm Cozen O'Connor, located at The Army & Navy Building, 1627 I Street, N.W., Suite 1100, Washington, DC, 20006, moves the Court for permission to appear *pro hac vice* on behalf of the Defendant. Attorney Boss is a member in good standing with the District of Columbia Bar and Maryland Bar and is licensed to practice in the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the Unites States District Court for the Northern District of Texas, the United States Court of Appeals for the 2nd, 3rd, 4th, 5th, 9th, 11th, the District of Columbia Circuits and United States Supreme Court. Further, James E. Felman, Esq., of the law firm Kynes, Markman & Felman, PA, 100 S. Ashley Drive, Suite 1300, P.O. Box 3396, Tampa, Florida 33601-3396, will be local Counsel in this matter. Having found good cause, the Court will grant permission to appear *pro hac vice*.

Accordingly, it is now

**ORDERED:**

(1) The Motion for Counsel to Appear *Pro Hac Vice* on Behalf of Defendant (Doc. #14) is **GRANTED**. L. Barrett Boss, Esq., of the law firm Cozen O'Connor, located at The Army & Navy Building, 1627 I Street, N.W., Suite 1100, Washington, DC, 20006, shall be admitted *pro hac vice* on behalf of the Defendant.

(2) James E. Felman, Esq., of the law firm Kynes, Markman & Felman, PA, 100 S. Ashley Drive, Suite 1300, P.O. Box 3396, Tampa, Florida 33601-3396, and current Counsel of record, shall be designated local Counsel.

(3) If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(4) Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially without further notice.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record