UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:10-   -cr-39FtM- 36SPC |
| v. | : | |
| | : | 18: 1960 |
| MICHAEL OLAF SCHÜTT aka | : | 18: 2 |
| MICHAEL OLAF SCHUETT aka | : | 18:982(a)(1) |
| OLAF BRAND. | : | |

FILED 2010 MAR 19 PM 3:25 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

From in or about April 2009, to February 18, 2010, in Collier County, in the Middle District of Florida, and elsewhere, the defendant herein,

**MICHAEL OLAF SCHÜTT aka
MICHAEL OLAF SCHUETT aka
OLAF BRAND**

did, knowingly conduct, control, manage, supervise, direct and own, all or part of an unlicensed money transmitting business, to wit: MCM Capital Management Corporation; MI Global Inc.; South Naples Escrow Company; Southwest Florida Payroll Co., Woodhouse Systems; and Mathews Trade Corp., none of which were registered with the Florida Office of Financial Regulation as required by Fla. Stat. § 560.125(1) nor the Financial Crimes Enforcement Network ("FinCEN"), an agency within the United States Department of Treasury, as required by Title 31, United States Code Section 5330(a) and Title 31, Code of Federal Regulation, Section 103.41(a)(1) and (b), in that defendant, through bank accounts established in the names of these corporations, did receive, by wire transfers, monies from overseas; which monies defendant then

distributed through checks drawn on bank accounts established in the names of these corporations, via Federal Express and the United States Postal Service, to persons located primarily in the United States, in violation of Title 18, United States Code, Sections 1960 and 2.

## FORFEITURE

1. The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(1).

2. From his engagement in the violations alleged in Count One of this Information, punishable by imprisonment for more than one year, the defendant,

**MICHAEL OLAF SCHÜTT aka**
**MICHAEL OLAF SCHUETT aka**
**OLAF BRAND**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), all of his interest in any property, real or personal, involved in such offense, or any property traceable to such property, including but not limited to the following:

    a. Approximately $5,680.67 in United States currency seized from account number xxxxxxxx3940 in the name of Michael Schuett at Bank of America;

    b. Approximately $142,679.86 in United States currency seized from account number xxxxxxxx9613 in the name of MCM Capital Management Corp. at Bank of America;

    c. Approximately $635,097.55 in United States currency seized from account number xxxxxxxx9054 in the name of MI Global Inc. at Bank of America;

d. Approximately $664,901.28 in United States currency seized from account number xxxxxx5422 in the name of South Naples Escrow Company at Ironstone Bank;

e. Approximately $288,270.02 in United States currency seized from account number xxxxxxxx6031 in the name of Southwest Florida Payroll Co. at SunTrust Bank;

f. Approximately $297,651.01 in United States currency seized from account number xxxxx9070 in the name of Woodhouse Systems at Regions Bank;

g. Approximately $5,345.00 in United States currency seized from account number xxxxxx5997 in the name of Mathews Trade Corp. at BB&T Bank;

h. Approximately $74,891.85 in United States currency seized from account number xxxxxx6281 in the name of South Florida Payroll Company at Iberia Bank;

i. Approximately $252,932.30 in United States currency seized from account number xxxxxx2644 in the name of Internet Payment Services Group Inc. at Royal Bank of Canada;

j. Approximately $103,050.00 in United States currency seized from account number xxxxxx6059 at Fifth Third Bank in the name of Michael Schuett and Jennifer Sherman;

k. Approximately $5,000.00 in United States currency seized from the escrow account of Cape Coral Title Insurance Agency, Inc., 1307 Cape Coral Parkway E., Cape Coral, Florida 33904, held for the benefit of Michael Schuett and/or Jennifer Sherman;

l. A 2009 Audi Q7 Vehicle, Identification Number (VIN) WA1AY74L29D023600, Florida Tag USAG24, Registered to Michael Schuett;

m. A 2002 Porsche 911 Carrera, VIN WP0CA29962S653737, Florida Tag 379LYJ, Registered to Michael O. Schuett.

n. Four Rolex watches, namely a stainless steel Milgauss, a Black Dial Stainless Steel Daytona model, and two Sea Dweller watches;

o. $10,000.00 in United States currency seized from the defendant's residence on February 18, 2010; and

    p. Two women's rings, more specifically described as:

        2.00 CT RB SI1/G EGL
        14K W/G 1.33 TDW Semi
        18K W/G .76 TDW S12/G

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b).

A. BRIAN ALBRITTON
United States Attorney

By: _____
ROBERT P. BARCLIFT
Assistant United States Attorney

By: _____
YOLANDE G. VIACAVA
Assistant United States Attorney

By: _____
DOUGLAS MOLLOY
Assistant United States Attorney
Chief, Fort Myers Division

5